[No. 19651–1–I.   Division One.   May 2, 1988.]

SEATTLE AREA PLUMBING & PIPEFITTING INDUSTRY HEALTH & WELFARE TRUST FUND, ET AL, *Plaintiffs,* v. AMERICAN WEST PROPERTIES, INC., ET AL, *Defendants,* SHORELINE SAVINGS ASSOCIATION, *Respondent,* NORTHWEST GARBAGE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–2–03369–6, Dennis J. Britt, J., entered November 12, 1986. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Swanson and Webster, JJ.

[No. 18972–7–I.   Division One.   May 2, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK W. WARD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–00044–1, Liem E. Tuai, J., entered July 28, 1986. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Scholfield, C.J., and Pekelis, J.

[No. 20784–9–I.   Division One.   May 2, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. STEPHEN M. WORTHING, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–00522–1, Frank H. Roberts, Jr., J., entered July 10, 1987. *Reversed* by unpublished per curiam opinion.